# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

CR 08 0191



UNITED STATES OF AMERICA,

V.

LAQUAN JAMIL ABDUL-RAHIM
aka LAQUAN BERT JOHNSON

DEFENDANT.

## INDICTMENT

Title 18, U.S.C. § 922(g)(1) - Felon in Possession of a Firearm
Title 21, U.S.C. § 841(a)(1) - Possession with Intent to Distribute Controlled Substance
Title 18, U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime
Title 18, U.S.C. § 924(d) - Forfeiture of Firearms

A true bill.

_____
Foreman

Filed in open court this 25th day of March 2008.

KAREN L. HOM  Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Controlled Substance;
18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime;
18 U.S.C. § 924(d) – Forfeiture of Firearms

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Penalty Sheet Attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
LAQUAN JAMIL ABDUL-RAHIM,
a/k/a Laquan Bert Johnson

DISTRICT COURT NUMBER
CR 08 0191 MHP

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, and Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  DEREK R. OWENS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
State of California

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  01/14/2008
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

## *PENALTY SHEET ATTACHMENT*

**Counts 1-3:** **18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**

    As to each count:
| | |
|---|---|
| Maximum Term of Imprisonment | Ten Years |
| Maximum Fine | $250,000 |
| Maximum Term of Supervised Release | Three Years |
| Mandatory Special Assessment | $100 |

**Count 4:** **21 U.S.C. § 841(a) - Possession with the Intent to Distribute a Controlled Substance (cocaine base in the form of "crack" cocaine)**

| | |
|---|---|
| Maximum Term of Imprisonment | Forty Years |
| Mandatory Minimum Term of Imprisonment | Five Years |
| Maximum Fine | $2,000,000 |
| Maximum Term of Supervised Release | Three Years |
| Mandatory Special Assessment | $100 |

Mandatory and discretionary denial of benefits upon conviction of drug offenses, 21 U.S.C. §862 and §862a

**Counts 5-7:** **18 U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm During and in Relation to a Drug Trafficking Crime**

    As to each count:
| | |
|---|---|
| Maximum Term of Imprisonment | Life |
| Mandatory Minimum Term of Imprisonment | Five Years |
| Maximum Fine | $250,000 |
| Maximum Term of Supervised Release | Five Years |
| Mandatory Special Assessment | $100 |

**Count 8:** **18 U.S.C. § 924(d) - Forfeiture of Firearms**

Penalties: Forfeiture of all three firearms involved in offense

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |

FILED
08 MAR 25 PM 2:02

<br>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MHP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAQUAN JAMIL ABDUL-RAHIM,<br>   a/k/a Laquan Bert Johnson,<br><br>    Defendant. | No.<br><br>VIOLATIONS: 18 U.S.C. § 922(g)(1) –<br>Felon in Possession of Firearm; 21 U.S.C. §<br>841(a)(1) – Possession with Intent to<br>Distribute Controlled Substance; 18 U.S.C.<br>§ 924(c)(1)(A)(i) – Possession of a Firearm<br>in Furtherance of a Drug Trafficking Crime;<br>18 U.S.C. § 924(d) – Forfeiture of Firearms<br><br>SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:  18 U.S.C. § 922(g) - Felon in Possession of a Firearm

    On or about January 14, 2008, in the Northern District of California, the defendant,

LAQUAN JAMIL ABDUL-RAHIM,<br>a/k/a Laquan Bert Johnson,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Smith and Wesson, Sigma, model SW9VE, 9mm handgun, serial number SN PDW3689, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

INDICTMENT

COUNT TWO: 18 U.S.C. § 922(g) - Felon in Possession of a Firearm

On or about January 14, 2008, in the Northern District of California, the defendant,

LAQUAN JAMIL ABDUL-RAHIM,
a/k/a Laquan Bert Johnson,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Taurus, model PT 58S, .380 caliber handgun, serial number SN KHF07130, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

COUNT THREE: 18 U.S.C. § 922(g) - Felon in Possession of a Firearm

On or about January 14, 2008, in the Northern District of California, the defendant,

LAQUAN JAMIL ABDUL-RAHIM,
a/k/a Laquan Bert Johnson,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Taurus, model PT 111, 9mm handgun, serial number SN TRD94665, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

COUNT FOUR: 21 U.S.C. § 841(a) - Possession with the Intent to Distribute a Controlled Substance

On or about January 14, 2008, in the Northern District of California, the defendant,

LAQUAN JAMIL ABDUL-RAHIM,
a/k/a Laquan Bert Johnson,

knowingly and intentionally possessed with intent to distribute at least 5 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE: 18 U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm During and in Relation to a Crime of Violence

On or about January 14, 2008, in the Northern District of California, the defendant,

LAQUAN JAMIL ABDUL-RAHIM,
a/k/a Laquan Bert Johnson,

INDICTMENT                                    2

1  did knowingly possess a firearm, that is, a Smith and Wesson, Sigma, model SW9VE, 9mm
2  handgun, serial number SN PDW3689, in furtherance of a drug trafficking crime for which he
3  may be prosecuted in a court of the United States, as alleged in Count Four of the Indictment; in
4  violation of Title 18, United States Code, Section 924(c)(1)(A).

6  COUNT SIX:  18 U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm During and in Relation to a
7  Crime of Violence

8  On or about January 14, 2008, in the Northern District of California, the defendant,
   LAQUAN JAMIL ABDUL-RAHIM,
9  a/k/a Laquan Bert Johnson,
10 did knowingly possess a firearm, that is, a Taurus, model PT 58S, .380 caliber handgun, serial
11 number SN KHF07130, in furtherance of a drug trafficking crime for which he may be
12 prosecuted in a court of the United States, as alleged in Count Four of the Indictment; in
13 violation of Title 18, United States Code, Section 924(c)(1)(A).

15 COUNT SEVEN:  18 U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm During and in Relation
16 to a Crime of Violence

17 On or about January 14, 2008, in the Northern District of California, the defendant,
   LAQUAN JAMIL ABDUL-RAHIM,
18 a/k/a Laquan Bert Johnson,
19 did knowingly possess a firearm, that is, a Taurus, model PT 111, 9mm handgun, serial number
20 SN TRD94665, in furtherance of a drug trafficking crime for which he may be prosecuted in a
21 court of the United States, as alleged in Count Four of the Indictment; in violation of Title 18,
22 United States Code, Section 924(c)(1)(A).

24 COUNT EIGHT:  18 U.S.C. § 924(d) - Forfeiture of Firearms
25     As a result of the foregoing offenses contained in Counts One through Three, the
26 defendant shall forfeit to the United States all firearms and ammunition involved in the
27 commission of violations of Title 18, United States Code, Section 922(g)(1) as listed in Counts
28 //

INDICTMENT                                    3

1 | One through Three; all in violation of Title 18, United States Code, Section 922(g)(1), Section
2 | 924(d), and Title 28, United States Code, Section 2461(c).

DATED:                                    A TRUE BILL.

03/25/08

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
AUSA OWENS

INDICTMENT                                4