**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: May 19, 2008

Case No.   CR 08-0191  MHP                    Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- LAQUAN ABDUL-RAHIM (c):

Attorneys:   Plf: Lara Kroop
             Dft: Joseph O'Sullivan

Deputy Clerk: Anthony Bowser   Court Reporter: Connie Kuhl

**PROCEEDINGS**

1)  Trial Setting

2) 

3) 

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 7/7/2008 at 10:00 am to allow for resolution of underlying state action; Excludable time found re discovery, effective preparation of counsel.