1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California  94102
      Telephone:  (415) 436-6488
7     Fax:  (415) 436-7234
      Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

               UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

               SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0191 MHP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 24, 2008 THROUGH MAY 19, 2008 |
| LAQUAN JAMIL ABDUL-RAHIM, | ) | |
| Defendant. | ) | |

On April 24, 2008, the parties in this case appeared before the Court for an identification of counsel hearing. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from April 24, 2008 through May 19, 2008, for effective preparation and continuity of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. AND ORDER
CR 08-0191 MHP

interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

DATED: 5/16/2008          /s/ Derek Owens
                                                      DEREK OWENS
                                                      Assistant United States Attorney

DATED: 5/19/2008          /s/ Joseph O'Sullivan
                                                      JOSEPH O'SULLIVAN
                                                      Attorney for Mr. Abdul-Rahim

    As the Court found on April 24, 2008, and for the reasons stated above, the Court finds that an exclusion of time between April 24, 2008 through May 19, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____          _____
                                         THE HONORABLE JAMES LARSON
                                         United States Magistrate Judge