1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        )  No. CR 08-0191 MHP
                                      )
15 |     Plaintiff,                   )
                                      )  STIPULATION AND [PROPOSED]
16 | v.                               )  ORDER EXCLUDING TIME FROM
                                      )  APRIL 24, 2008 THROUGH MAY 19,
17 | LAQUAN JAMIL ABDUL-RAHIM,        )  2008
                                      )
18 |     Defendant.                   )
   |_____)
19

20

21     On April 24, 2008, the parties in this case appeared before the Court for an identification of

22 counsel hearing.  At that time, the parties stipulated that time should be excluded from the

23 Speedy Trial Act calculations from April 24, 2008 through May 19, 2008, for effective

24 preparation and continuity of defense counsel.  The parties represented that granting the

25 continuance was the reasonable time necessary for effective preparation of defense counsel,

26 taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties

27 also agreed that the ends of justice served by granting such a continuance outweighed the best

28 //

STIP. AND ORDER
CR 08-0191 MHP

1  interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

|                          | JOSEPH P. RUSSONIELLO |
|                          | United States Attorney |

DATED: 5/16/2008                /s/ Derek Owens
                                _____
                                DEREK OWENS
                                Assistant United States Attorney

DATED: 5/19/2008                /s/ Joseph O'Sullivan
                                _____
                                JOSEPH O'SULLIVAN
                                Attorney for Mr. Abdul-Rahim

   As the Court found on April 24, 2008, and for the reasons stated above, the Court finds that an exclusion of time between April 24, 2008 through May 19, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 6/4/2008

IT IS SO ORDERED
Judge Marilyn H. Patel

THE HONORABLE M H PATEL
United States District Judge

STIP. AND ORDER
CR 08-0191 MHP                                    2