JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR 08-0191 MHP |
|        Plaintiff,         ) | |
|                    ) | STIPULATION AND [PROPOSED] |
| v.                 ) | ORDER EXCLUDING TIME FROM MAY |
|                    ) | 19, 2008 THROUGH JULY 7, 2008 |
| LAQUAN JAMIL ABDUL-RAHIM,   ) | |
|        Defendant.      ) | |
| _____) | |

On May 19, 2008, the parties in this case appeared before the Court for status hearing.  At

that time, the parties stipulated that time should be excluded from the Speedy Trial Act

calculations from May 19, 2008 through July 7, 2008, for effective preparation and continuity of

defense counsel.  The parties represented that granting the continuance was the reasonable time

necessary for effective preparation of defense counsel, taking into account the exercise of due

diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice

served by granting such a continuance outweighed the best interests of the public and the

//

STIP. AND ORDER
CR 08-0191 MHP

1  defendant in a speedy trial.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

2

3  SO STIPULATED:

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
5
                    6/3/2008               /s/ Derek Owens
6  DATED: _____               _____
                                           DEREK OWENS
7                                          Assistant United States Attorney

8
                    6/10/2008              /s/ Joseph O'Sullivan
9  DATED: _____               _____
                                           JOSEPH O'SULLIVAN
10                                         Attorney for Mr. Abdul-Rahim

11

12      As the Court found on May 19, 2008, and for the reasons stated above, the Court finds that

13  an exclusion of time between May 19, 2008 through July 7, 2008, is warranted and that the ends

14  of justice served by the continuance outweigh the best interests of the public and the defendant in

15  a speedy trial.  <u>See</u> 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance

16  would deny defense counsel the reasonable time necessary for effective preparation, taking into

17  account the exercise of due diligence, and would result in a miscarriage of justice.  <u>See</u> 18 U.S.C.

18  §3161(h)(8)(B)(iv).

19

20  SO ORDERED.

21

22  DATED:_____               _____
                                           THE HONORABLE MARILYN HALL PATEL
23                                         United States Magistrate Judge

24

25

26

27

28

STIP. AND ORDER
CR 08-0191 MHP                     2