1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California  94102
      Telephone:  (415) 436-6488
7     Fax:  (415) 436-7234
      Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,         )   No. CR 08-0191 MHP
                                     )
15      Plaintiff,                   )
                                     )   STIPULATION AND [PROPOSED]
16   v.                              )   ORDER EXCLUDING TIME FROM MAY
                                     )   19, 2008 THROUGH JULY 7, 2008
17 LAQUAN JAMIL ABDUL-RAHIM,         )
                                     )
18      Defendant.                   )
                                     )
19

20

21    On May 19, 2008, the parties in this case appeared before the Court for status hearing.  At

22 that time, the parties stipulated that time should be excluded from the Speedy Trial Act

23 calculations from May 19, 2008 through July 7, 2008, for effective preparation and continuity of

24 defense counsel.  The parties represented that granting the continuance was the reasonable time

25 necessary for effective preparation of defense counsel, taking into account the exercise of due

26 diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice

27 served by granting such a continuance outweighed the best interests of the public and the

28 //

STIP. AND ORDER
CR 08-0191 MHP

1  defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

3  SO STIPULATED:

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

          6/3/2008                                  /s/ Derek Owens
DATED: _____                              _____
                                                    DEREK OWENS
                                                    Assistant United States Attorney

          6/10/2008                                 /s/ Joseph O'Sullivan
DATED: _____                              _____
                                                    JOSEPH O'SULLIVAN
                                                    Attorney for Mr. Abdul-Rahim

    As the Court found on May 19, 2008, and for the reasons stated above, the Court finds that an exclusion of time between May 19, 2008 through July 7, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 6/20/2008                              _____
                                              THE HONORABLE MARILYN H. PATEL
                                              United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel (signature, United States District Court, Northern District of California seal)

STIP. AND ORDER
CR 08-0191 MHP                          2