**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: July 7, 2008

Case No.   CR 08-0191  MHP            Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- LAQUAN ABDUL-RAHIM (c):

Attorneys:   Plf:  Derek Owens
             Dft: Alexandria Carl for  Joseph O'Sullivan

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 8/18/2008 at 10:00 am; Excludable time found re effective preparation of counsel, continuity; Govt to submit order.