**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: August 18, 2008

Case No.   CR 08-0191  MHP             Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- LAQUAN ABDUL-RAHIM (c):

Attorneys:   Plf: Derek Owens
             Dft: Joseph O'Sullivan

Deputy Clerk: Anthony Bowser   Court Reporter: Margo Garule

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 9/15/2008 at 10:00 am for Change of Plea; No excludable time found at this time;