1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 08-0191 MHP
14                                  )
          Plaintiff,                )
15                                  )   STIPULATION AND [PROPOSED]
       v.                           )   ORDER CONTINUING HEARING AND
16                                  )   EXCLUDING TIME UNDER THE
   LAQUAN JAMIL ABDUL-RAHIM,        )   SPEEDY TRIAL ACT FROM
17                                  )   SEPTEMBER 15, 2008 TO OCTOBER 6,
          Defendant.                )   2008
18 _____ )

19

20
21     On August 18, 2008, the parties in this case appeared before the Court for a status conference

22 for this case.  At that time, the parties requested a change of plea hearing to be scheduled for

23 September 15, 2008, at 10:00 a.m.  Since that time, the parties have been in discussions and

24 appear to be close to a resolution, however it is clear that the resolution will not be completed by

25 September 15.  Additionally, defense counsel will not be available on September 15 due to a

26 medical emergency.  It is anticipated that there will be a resolution by October 6.  Therefore, the

27 parties hereby jointly and respectfully request that the hearing previously scheduled for

28 September 15, 2008 be continued to 10:00 a.m. on October 6, 2008.

   STIP. AND ORDER
   CR 08-0191 MHP

The parties agree that granting the continuance is the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 9/12/2008        /s/ Derek Owens
_____
DEREK R. OWENS
Assistant United States Attorney

DATED: 9/12/2008        /s/ Joseph O'Sullivan
_____
JOSEPH O'SULLIVAN
Attorney for Mr. Abdul-Rahim

The change of plea and sentencing hearing previously scheduled for September 15, 2008 be continued to 10:00 a.m. on October 6, 2008, before the Honorable Marilyn Hall Patel. The Court also finds that an exclusion of time between September 15, 2008 through October 6, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 9/12/2008

THE HON. [signature: Judge Marilyn H. Patel — IT IS SO ORDERED]
United States...

STIP. AND ORDER
CR 08-0191 MHP                    2