JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6488
   Fax: (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>          )<br>     Plaintiff,   )<br>          )<br>  v.                )<br>          )<br>LAQUAN JAMIL ABDUL-RAHIM,   )<br>          )<br>     Defendant.   )<br>_____ ) | No. CR 08-0191 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING<br>AND EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT FROM<br>OCTOBER 6, 2008 TO NOVEMBER<br>17, 2008 |

    On August 18, 2008, the parties in this case appeared before the Court for a status conference for this case. The parties have agreed on a proposed resolution for this case, which is currently set for a change of plea on October 6, 2008, at 10:00 a.m. However, due to a medical emergency defense counsel is unavailable for the October 6 appearance. Therefore, the parties hereby jointly and respectfully request that the hearing previously scheduled for October 6, 2008 be continued to 10:00 a.m. on November 17, 2008.

    The parties agree that granting the continuance is the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C.

STIP. AND ORDER
CR 08-0191 MHP

§ 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

DATED: __10/3/2008__        /s/ Derek Owens
                                                DEREK R. OWENS
                                                Assistant United States Attorney

DATED: __10/3/2008__        /s/ Joseph O'Sullivan
                                                JOSEPH O'SULLIVAN
                                                Attorney for Mr. Abdul-Rahim

    The change of plea and sentencing hearing previously scheduled for October 6, 2008 be continued to 10:00 a.m. on November 17, 2008, before the Honorable Marilyn Hall Patel.  The Court also finds that an exclusion of time between October 6, 2008 through November 17, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: __October 6, 2008__

                                                THE HON. MARILYN H. PATEL
                                                United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — signed Judge Marilyn H. Patel]*

STIP. AND ORDER
CR 08-0191 MHP                        2