AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR-08-00191-001 MHP |
| LAQUAN JAMIL ABDUL-RAHIM ) | USM No: 37886-048 |
| ) | |
| Date of Original Judgment: 04/27/2009 ) | Joseph O'Sullivan |
| Date of Previous Amended Judgment: ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   124 months total   months **is reduced to**   120 months total   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/27/2009   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3/6/12

Judge's signature

Effective Date: _____
*(if different from order date)*

Marilyn Hall Patel, U.S. District Court Judge
*Printed name and title*

Case 3:08-cr-00191-MHP   Document 30   Filed 03/06/12   Page 2 of 2

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: LAQUAN JAMIL ABDUL-RAHIM
CASE NUMBER: CR-08-00191-001 MHP
DISTRICT: Northern District of California

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 21              Amended Total Offense Level: 19
Criminal History Category:   IV               Criminal History Category:   IV
Previous Guideline Range: 120 to 131 months   Amended Guideline Range: 120 to 120 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

60 months on each of the Counts Four and Five, for a total of 120 months.

120 months is the combined mandatory minimum as Count Five requires a consecutive sentence to Count Four.